4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

UNITED STATES OF AMERICA,

        CRIMINAL NO. 06-20185

    Plaintiff,

        HON. VICTORIA A. ROBERTS

vs.

        VIOLATION: 18 U.S.C. § 924(j)

D-2  MARCUS LAMONT FREEMAN,
      a/k/a "Wood,"

D-6  CHRISTOPHER BRANDON SCOTT,
      a/k/a "Ceaze,"

    Defendants.
_____/



## THIRD SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(18 U.S.C. §§ 924(j) and 2 - KILLING A PERSON WHILE
ENGAGED IN AN OFFENSE PUNISHABLE UNDER
SECTION 924(c) AND AIDING AND ABETTING IN SUCH OFFENSE)

D-2  MARCUS LAMONT FREEMAN,
      a/k/a "Wood"

D-6  CHRISTOPHER BRANDON SCOTT,
      a/k/a "Ceaze"

That from on or about November 10, 2005 until on or about December 20, 2005, in the Eastern District of Michigan, Southern Division, MARCUS LAMONT FREEMAN and CHRISTOPHER BRANDON SCOTT, defendants herein, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, i.e., murder-for-hire conspiracy, a violation of Title 18 United States Code, Section 1958, did knowingly, intentionally and unlawfully use and carry firearms, in violation of Title 18 United States Code, Section 924(c) and did aid and abet others in so doing, in violation of Title 18 United States Code, Section 2.

In the course of this violation, defendants MARCUS LAMONT FREEMAN and CHRISTOPHER BRANDON SCOTT caused the death of a person through the use of a firearm, that is, they committed murder in the second degree as defined in Title 18 U.S.C. § 1111, to wit: the unlawful killing of Leonard Jerrard Day, and further, defendants did aid and abet others in committing this offense.

All in violation of Title 18 United States Code, Sections 924(j) and Title 18 United States Code, Section 2.

        BARBARA L. MCQUADE
        UNITED STATES ATTORNEY

        *s/Mark Chutkow*
        MARK CHUTKOW
        Assistant United States Attorney
        Chief, Public Corruption Unit

        *s/Dawn N. Ison*
        DAWN N. ISON
        Assistant United States Attorney

Dated: October 1, 2015

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>06-20185 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008  [X]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: |

Case Title: USA v. D-2 MARCUS FREEMAN & D-6 CHRISTOPHER SCOTT

County where offense occurred: _____

Check One:   ☒ Felony     ☐ Misdemeanor     ☐ Petty

____Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- based upon prior complaint [Case number: _____]
____Indictment/ ✓ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: 06-20185          Judge: Victoria A. Roberts

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| D-2 MARCUS FREEMAN | 18 USC §§ 924(j) and 2 | N/A |
| D-6 CHRISTOPHER SCOTT | 18 USC §§ 924(j) and 2 | N/A |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 1, 2015
Date

DAWN N. ISON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9567
Fax:    313-226-3413
E-Mail address: Dawn.Ison@usdoj.gov
Attorney Bar #:  P43111

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

04/13