Case 2:06-cr-20185-VAR-VMM   ECF No. 945, PageID.12465   Filed 05/03/19   Page 1 of 1

MIED 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to The First Step Act of 2018     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Marcus Freeman | Case No: 06-20185-2<br>USM No: 40552-039 |
| Date of Original Judgment: 12/19/2016<br>Date of Previous Amended Judgment: 1/26/2017<br>*(Use Date of Last Amended Judgment if Any)* | Craig Daly<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT OF 2018

Upon motion of ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court  ☐ stipulation of the parties for a reduction in the term of imprisonment under the provision of Section 404(b) of The First Step Act of 2018, and considering sections 2 and 3 of the Fair Sentencing Act of 2010;

**IT IS ORDERED** that the motion is:

☑ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The remainder of the original sentence is unchanged.

Except as otherwise provided, all provisions of the judgment dated ___1/26/2017___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 3, 2019

*Judge's signature:* Victoria A. Roberts

Effective Date: _____
*(if different from order date)*

Victoria A. Roberts, U.S. District Judge
*Printed name and title*